THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMES N. SCHWEDA, <br><br> Defendant. | No. CR09-335-RSL <br><br> ~~(PROPOSED)~~ ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER has come before the Court on James Schweda's motion for early termination of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that James Schweda's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 13th day of July, 2018.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Submitted by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for James Schweda

ORDER FOR TERMINATION
OF SUPERVISED RELEASE
(*James Schweda*, CR09-335-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100